DISTRITO, DEMANDADO.—Arecibo. *Certiorari.* Abril 8, 1920. *Sin lugar.*

No. 287. CABASSA ET AL., PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DE DISTRITO, DEMANDADO.—Ponce. *Certiorari.* Abril 12, 1920. *Sin lugar.*

No. 1495. EL PUEBLO, APELADO, *v.* MENÉNDEZ, APELANTE.— Alterar la paz. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 1507. EL PUEBLO, APELADO, *v.* BOU, APELANTE.—Acometimiento y agresión grave. Ponce. Abril 16, 1920. *Confirmada.*

No. 1496. EL PUEBLO, APELADO, *v.* CUEVAS, APELANTE.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 288. DÍAZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO.— Mayagüez. *Certiorari.* Abril 16, 1920. *Denegado.*

No. 1433. EL PUEBLO, APELADO, *v.* GUILLERMO, APELANTE.— Abandono de menores. Arecibo. Abril 20, 1920. *Revocada y absuelto el acusado.*

No. 2109. ESTEBANÍA CARLO, APELADA, *v.* FERRER, APELANTE. —Nuevo juicio en pleito de filiación. Mayagüez. Abril 20, 1920. *Confirmada.*

No. 1498. EL PUEBLO, APELADO, *v.* HERNÁNDEZ, APELANTE.— Acometimiento y agresión grave. Abril 29, 1920. *Confirmada.*

No. 289. LÓPEZ, PETICIONARIO, *v.* ROSSY, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* San Juan, Sección Segunda. Abril 29. 1920. *Denegado.*

No. 1499. EL PUEBLO, APELADO, *v.* FLORES, APELANTE.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 1501. EL PUEBLO, APELADO, *v.* SANTOS, APELANTE.— Alterar la paz. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 291. CIVIDANES, PETICIONARIO, *v.* LÓPEZ ACOSTA, JUEZ

de Distrito, Demandado.—Guayama. *Certiorari.* Mayo 8, 1920. *Denegado.*

No. 2227. Banco Territorial y Agrícola, Apelado, v. Lebrón et al., Apelantes.—Cobro de dinero. San Juan, Sección Primera. Mayo 8, 1920. *Desestimada.*

No. 2238. Frangeia, Apelante, v. Dahdah et al., Apelados.—Daños y perjuicios. San Juan, Sección Primera. Mayo 20, 1920. *Desestimada.*

No. 1515. El Pueblo, Apelado, v. Rivera, Apelante.—Acometimiento y agresión grave. San Juan, Sección Segunda. Mayo 20, 1920. *Confirmada.*

No. 2187. Gandía, Apelante, v. Trias et al., Apelados.—Liquidación de Sociedad. San Juan, Sección Segunda. Mayo 21, 1920. *Denegada la moción sobre enmienda de la transcripción.*

No. 292. Aboy, Socio de Díaz & Aboy, Peticionario, v. Cuevas Zequeira, Juez de Distrito, Demandado.—*Certiorari.* Mayo 21, 1920. *Sin lugar.*

No. 1509. El Pueblo, Apelado, v. Mayoral, Apelante.—Infracción de la Ley de Automóviles. Ponce. Mayo 21, 1920. *Confirmada.*

No. 1518. El Pueblo, Apelado, v. Lara, Apelante.—Infracción de la Ley de Arbitrios. Mayo 21, 1920. *Confirmada.*

No. 2224. Rodríguez, Apelado, v. Vázquez, Apelante.—Cobro de dinero. Mayagüez. Mayo 25, 1920. *Desestimada.*

No. 1511. El Pueblo, Apelado, v. Vázquez, Apelante.—Hurto de menor cuantía. Ponce. Junio 1, 1920. *Confirmada.*

No. 1520. El Pueblo, Demandado, v. Vázquez, Apelante.—Abuso de confianza. Aguadilla. Junio 1, 1920. *Confirmada.*

No. 2253. Aquino, Apelante, v. Cruz, Apelada.—Divorcio. San Juan, Sección Primera. Junio 2, 1920. *Desistida la apelación.*